UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA COPENHAVER,   Case No. 1:05-CV-675

    Plaintiff,   Hon. Richard Alan Enslen

v.

CLAIRE HAMMER, *et al.*,

    Defendants.   /   **ORDER AND PARTIAL JUDGMENT**

In accordance with an Opinion filed on this date;

**IT IS HEREBY ORDERED** that Plaintiff Joshua Copenhaver's Objections (Dkt. No. 200) are **DENIED,** Defendant Patricia Merlau's Objections (Dkt. No. 204) are **DENIED** and the Report and Recommendation (Dkt. No. 194) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff Joshua Copenhaver's Motion for Summary Judgment (Dkt. No. 113) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants Carol Parker and Patricia Merlau's Motion to Dismiss (Dkt. No. 104) is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that Defendants Carol Parker and Patricia Merlau's Motion for Summary Judgment (Dkt. No. 118) be **GRANTED IN PART AND DENIED IN PART** to the extent that Plaintiff's claim against Defendant Parker, as explained in the Report, must be **DISMISSED WITH PREJUDICE**.

DATED in Kalamazoo, MI:
    August 20, 2007

    /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
SENIOR UNITED STATES DISTRICT JUDGE